UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EAGLE HOSPITAL PHYSICIANS, LLC.
          Plaintiffs,          CIVIL ACTION FILE:
                                    NO. 1: 04-CV-1015-JOF

v.:

SRG CONSULTING, INC.,
HOSPITALIST PHYSICIANS, INC., AND
STEVEN R GERST
          Defendants.
_____/

**MOTION AND BRIEF IN SUPPORT OF MOTION FOR STAY PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND**

SRG CONSULTING, INC., HOSPITALIST PHYSICIANS, INC., AND STEVEN R GERST (collectively "SRG"), pursuant to Rule 62(d) of the Fed. R. Civ. P. and Local Rule 65.1.1, Northern District of Georgia, move this Court for an Order staying execution of the Default Judgment in favor of Eagle Hospital Physicians, LLC and against SRG, entered by this Court on February 25, 2008 (the "Default Judgment") and for approval of a Supersedeas Bond in the form of Exhibit "B" attached hereto.

**MEMORANDUM OF LAW IN SUPPORT OF MOTION**

F.R.Civ.P.Rule, Rule 62 provides that when an appeal is taken, the appellant, by giving a supercedeas bond, may obtain a stay of execution. Under F.R.Civ.P.Rule. Rule 62 (f) SRG, as appellant, is entitled to "is entitled to the same

stay of execution the [Georgia] state court would give" which, under O.C.G.A. § 5-6-46, is an automatic stay subject to the right of the judgment holder to move for bond. SRG has filed and served a Notice of Appeal from the Default Judgment, a true and correct copy of which is attached hereto as Exhibit "A." SRG seeks to file a Supersedeas Bond, in the form of Exhibit "B" or including such other terms as the Court may direct, which shall cover the principal amount of the Default Judgment of $44,000, estimated costs for the appeal of $500, plus interest on the Default Judgment for two years at the post judgment interest rate provided in 28 U.S.C. §1961. Under the local rules of this Court, LR 65.1.1, the Clerk is to approve as to the surety all bonds, and no amount for a supercedeas bond is specified. While other Courts specify that such a bond include principal, appeal costs and one year's interest, see LR 62.1, Northern District of Illinois, SRG proposes to provide bond in the amount of the judgment amount, estimated appeal costs and interest on the judgment for two years. The post judgment interest rate used for such calculation is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, which is currently 1.98%. Altogether, the proposed bond amount is $46,242.

WHEREFORE, Defendants pray that this Court approve the amount and form of the Bond subject to approval of the Surety by the Clerk and enter an Order

Defendants' appeal to the Eleventh Circuit Court of Appeals. A proposed Order for purpose is annexed hereto as Exhibit "C".

This 10th day of March 2008.

/s/ James G. Killough
James G. Killough, Ga Bar # 417900
Attorney For Defendants

3191 Paces Ferry Place
Suite 200
Atlanta, Georgia 30305
404 467 8700
jim@killoughlaw.com.

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EAGLE HOSPITAL PHYSICIANS, LLC.
    Plaintiffs,

CIVIL ACTION FILE:
NO. 1: 04-CV-1015-JOF

v.

SRG CONSULTING, INC.,
HOSPITALIST PHYSICIANS, INC., and
STEVEN R GERST
    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that SRG CONSULTING, INC., HOSPITALIST PHYSICIANS, INC. and STEVEN R. GERST, Defendants and Counterclaimants in the above named case, hereby appeal to the United State Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 26th day of February, 2008.

This 5th day of March 2008.

             /s/ James G. Killough
             James G. Killough, Ga Bar # 417900
             Attorney For Defendants

3191 Paces Ferry Place
Suite 200
Atlanta, Georgia 30305
404 467 8700
jim@killoughlaw.com.

BOND# 1026042            EXHIBIT "B"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EAGLE HOSPITAL PHYSICIANS, LLC.

           Plaintiffs,            CIVIL ACTION FILE:
                                                 NO. 1: 04-CV-1015-JOF

v.:

SRG CONSULTING, INC.,
HOSPITALIST PHYSICIANS, INC., AND
STEVEN R GERST

           Defendants.
_____/

## SUPERSEDEAS BOND

WE, SRG Consulting Inc., Hospitalist Physicians, Inc., and Steven R Gerst, as principal, and LEXON INSURANCE COMPANY, as surety, are held and firmly bound unto Eagle Hospital Physicians, LLC, for the full sum of FORTY SIX THOUSAND TWO HUNDRED FORTY TWO and 00/100 Dollars ($46,242), to be paid to said Eagle Hospital Physicians, LLC, for the payment of which we bind ourselves, our successors and assigns, jointly and severally.

Now, therefore, the condition of this obligation is that if SRG Consulting Inc., Hospitalist Physicians, Inc., and/or Steven R Gerst, shall satisfy the Default Judgment entered in the above referenced action on February 25, 2008 (the "Judgment") together with costs and interest, or if for any reason the appeal is dismissed or the Judgment is affirmed, and SRG Consulting Inc., Hospitalist Physicians, Inc., and Steven R Gerst,

shall satisfy in full any modification of such judgment and such costs, interest, and damages as the United States Eleventh Circuit Court of Appeals may adjudge and award, then the bond shall be null and void; otherwise, it shall remain in full force and effect.

Dated the 6th day of March, 2008.

PRINCIPAL:

SRG CONSULTING, INC.  HOSPITALIST PHYSICIANS, INC.

By: _____  
Name: STEVEN R. GERST  
Title: PRESIDENT

By: _____  
Name: STEVEN R. GERST  
Title: President

_____  
Steven R. Gerst

SURETY:
LEXON INSURANCE COMPANY

_____  
SAM H. NEWBERRY ATTORNEY IN FACT

EXHIBIT "C"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EAGLE HOSPITAL PHYSICIANS, LLC.
           Plaintiffs,           CIVIL ACTION FILE:
                                           NO. 1: 04-CV-1015-JOF

v.:

SRG CONSULTING, INC.,
HOSPITALIST PHYSICIANS, INC., AND
STEVEN R GERST
           Defendants.
_____/

### [PROPOSED] ORDER ON MOTION FOR STAY PENDING APPEAL AND TO APPROVE SUPERCEDEAS BOND

The Motion of SRG CONSULTING, INC., HOSPITALIST PHYSICIANS, INC., AND STEVEN R GERST (collectively "SRG"), pursuant to Rule 62(d) of the Fed. R. Civ. P. and Local Rule 65.1.1, Northern District of Georgia, for an Order staying execution of the Default Judgment in favor of Eagle Hospital Physicians, LLC and against SRG, entered by this Court on February 25, 2008 (the "Default Judgment") and for approval of a Supersedeas Bond in the form of Exhibit "B" attached to such Motion having been read and considered,

    IT HEREBY IS ORDERED,

    That execution on the Default Judgment be and hereby is Stayed until further order of this Court, conditioned upon the filing by Defendant SRG of a

bond in the form and including the terms set forth in the annexed Exhibit, duly executed by a Surety which is a corporation authorized to execute bonds under 31 U.S.C. §§ 9304-08 approved by the Clerk of this Court, which filing shall be completed not later than March \_\_\_\_, 2008.

So Ordered, this \_\_\_ day of March 2008.

_____
J. Owen Forrester
Senior United States District Judge

Proposed and Submitted by
James G. Killough, Ga Bar # 417900
Attorney for Defendants
3191 Paces Ferry Place
Suite 200
Atlanta, Georgia 30305
404 467 8700
jim@killoughlaw.com.

## CERTIFICATE OF SERVICE AND FONT CERTIFICATION

      I hereby certify that that this document is presented in Times New Roman 14 font and that I have this day served a copy of the within and foregoing **MOTION AND BRIEF IN SUPPORT OF MOTION FOR STAY PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND and exhibits** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Olivia Maria Baratta | MBaratta@KilpatrickStockton.com |
| Stephen Earl Hudson | shudson@kilpatrickstockton.com |
| Judith Ann Powell | jpowell@kilpatrickstockton.com |
| Laurence J. Zielke | lzielke@pzgp.com |
| Nancy J. Schook | swestbrook@pzgp.com |
| Lawrence K. Nodine | lnodine@needlerosenberg.com |
| Jeffrey H. Brickman | jbrickman@needlerosenberg.com |
| James Scott Anderson | sanderson@needlerosenberg.com |
| Robin L. Gentry | rgentry@needlerosenberg.com |

      This 10th day of April, 2007.

/s/ James G. Killough
James G. Killough, Ga Bar # 417900
Attorney For Defendants

3191 Paces Ferry Place
Suite 200
Atlanta, Georgia 30305
404 467 8700
jim@killoughlaw.com.